# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CURTIS WATSTEIN, <br> Defendant. | Case No. 2:24-cr-00570-WLH-45 <br> ORDER OF DETENTION |

I.

On March 19, 2025, Defendant made his initial appearance on the indictment filed in this matter. Carlos L. Juarez was appointed to represent Defendant. The government was represented by Assistant United States Attorney Neil Thakor.

1  Defendant submitted on the recommendation of detention in the report prepared by
2  Pretrial Services.
3      A detention hearing was held.
4  ☒   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case
5  allegedly involving an offense with maximum sentence of life imprisonment or
6  death.
7  ☒   On motion by the Government or on the Court's own motion
8  [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the
9  defendant will flee.
10     The Court concludes that the Government is entitled to a rebuttable
11 presumption that no condition or combination of conditions will reasonably assure
12 the defendant's appearance as required and the safety or any person or the
13 community [18 U.S.C. § 3142(e)(2)].

## II.

15     The Court finds that no condition or combination of conditions will
16 reasonably assure: ☒ the appearance of the defendant as required.
17     ☒ the safety of any person or the community.

## III.

19     The Court has considered: (a) the nature and circumstances of the offense(s)
20 charged, including whether the offense is a crime of violence, a Federal crime of
21 terrorism, or involves a minor victim or a controlled substance, firearm, explosive,
22 or destructive device; (b) the weight of evidence against the defendant; (c) the
23 history and characteristics of the defendant; and (d) the nature and seriousness of
24 the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also
25 considered all the evidence adduced at the hearing and the arguments of counsel,
26 and the report and recommendation of the U.S. Pretrial Services Agency.
27
28                     IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Unknown bail resources
- ☒ Unstable residence history
- ☒ Outstanding warrant
- ☒
- ☒ Unrebutted Presumption.

As to danger to the community:

- ☒ Allegations in the indictment
- ☒ Significant criminal history
- ☒ Unrebutted Presumption.

## V.

IT IS THEREFORE ORDERED that the Defendant be detained until trial. The Defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which Defendant is confined will deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.
[18 U.S.C. § 3142(i)]

Dated: March 19, 2025

/s/
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE